**No. 61399.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 299303–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61400.**—General Preserve Co. *v.* United States, protest 297213–K (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C. C. P. A. 60, C. A. D. 638), the claim of the plaintiff was sustained.

**No. 61401.**—Ferd. Werthheimer, Inc., et al. *v.* United States, protests 302815–K, etc. (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

DECEMBER 6, 1957

**No. 61402.**—E. R. Squibb & Sons *v.* United States, protests 288355–K and 288966–K.—
Plaintiff's application for rehearing granted.

**No. 61403.**—B. Westergaard & Co., Inc., et al. *v.* United States, protests 305477–K, etc.—Protests abandoned November 14, 1957.   (Not published.) (Initial No. 228576–K.)   Plaintiffs' application for rehearing granted.